DON A. HERNANDEZ (SBN 125119)
*dhernandez@zuberlaw.com*
AGNES M. SULLIVAN (SBN 240388)
*asullivan@zuberlaw.com*
**ZUBER LAWLER & DEL DUCA LLP**
777 S. Figueroa Street, 37th Floor
Los Angeles, California  90017
Telephone:  (213) 596-5620
Facsimile:   (213) 596-5621

Attorneys for Plaintiff LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, operating and doing business as L.A. CARE HEALTH PLAN

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, operating and doing business as L.A. CARE HEALTH PLAN,<br><br>Plaintiff,<br><br>v.<br><br>ONEBEACON PROFESSIONAL INSURANCE, INC., a Delaware corporation, ONEBEACON SPECIALTY INSURANCE COMPANY, a Pennsylvania corporation, and HOMELAND INSURANCE COMPANY OF NEW YORK, a New York corporation, and DOES 1-25, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | CASE NO.   2:16-cv-04810-VAP(AGRx)<br><br>[Assigned to Hon. Virginia A. Phillips, Ctrm. 8A]<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, OPERATING AND DOING BUSINESS AS L.A. CARE HEALTH PLAN**<br><br>*[Filed concurrently with Memorandum of Points and Authorities; Separate Statement; Declarations of Ellin Davtyan, Gregory Douglas and Don A. Hernandez; and [Proposed] Order]*<br><br>Judge: Hon. Virginia A. Phillips<br>Date:  June 26, 2017<br>Time:  2:00 p.m.<br>Crtrm.: 8A<br><br>Complaint Filed:    05/25/2016<br>Discovery Cut-Off: 06/09/2017<br>Pre-Trial Conf.:     08/27/2017<br>Trial Date:             09/19/2017 |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on June 26, 2017, at 2:00 p.m., or as soon thereafter as counsel may be heard, in Courtroom 8A of the United States Courthouse, 350 West 1st Street, Los Angeles, CA 90012, the Honorable Virginia A. Phillips, presiding, Plaintiff Local Initiative Health Authority for Los Angeles County, operating and doing business as L.A. Care Health Plan ("L.A. Care"), will and hereby does move this Court for summary judgment pursuant to Fed. R. Civ. P. 56 as follows:

On its First Claim for Relief for Breach of Contract against Defendant Homeland Insurance Company of New York ("Homeland"), on the grounds that there are no genuine issues of material fact with respect to the claim and that the interpretation of an insurance policy is a matter of law for the Court to determine; and

On its Second Claim for Relief for Breach of the Implied Covenant of Good Faith and Fair Dealing against Homeland and Defendant OneBeacon Professional Insurance, Inc. ("OBPI") (collectively, "Defendants"), on the grounds that there are no genuine issues of fact relating to OBPI's role as Homeland's attorney-in-fact or the Defendants' failure to provide a timely coverage determination to L.A. Care. Defendant's failure warrants a judgment as a matter of law that the Defendants breached the implied covenant.

This Motion is based on this Notice of Motion; the Memorandum of Points and Authorities, the Separate Statement of Uncontroverted Facts and Conclusions of Law, the Declarations of Ellin Davtyan, Gregory Douglas and Don A. Hernandez (with exhibits) and Proposed Judgment filed concurrently herewith; all of the pleadings, files, and records in this proceeding; all other matters of which the Court may take judicial notice; and any argument or evidence that may be presented to or considered by the Court prior to its ruling.

/ / /

/ / /

This motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on Monday, May 1, 2017.

Dated: May 22, 2017

Respectfully submitted,

**ZUBER LAWLER & DEL DUCA LLP**
DON A. HERNANDEZ
AGNES M. SULLIVAN

By: /s/Don A. Hernandez
Attorneys for Plaintiff LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, operating and doing business as L.A. CARE HEALTH PLAN

# PROOF OF SERVICE

**Local Initiative Health Authority et al. v. OneBeacon Professional Insurance Inc.**
**Case No. BC621445**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 777 S. Figueroa Street, 37th Floor, Los Angeles, CA 90017.

On May 22, 2017, I served true copies of the following document(s) described as **NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY PLAINTIFF LOCAL INITIATIVE HEALTH AUTHORITY FOR LOS ANGELES COUNTY, OPERATING AND DOING BUSINESS AS L.A. CARE HEALTH PLAN** on the interested parties in this action as follows:

| | |
|---|---|
| NICOLAIDES FINK THORPE MICHAELIDES & SULLIVAN LLP<br>Sara M. Thorpe, Esq.<br>Katherine E. Mast, Esq.<br>626 Wilshire Blvd., Suite 1000<br>Los Angeles, CA 90017<br>Telephone: (213) 402-1252<br>Facsimile: (213) 402-1246<br>E-Mail: sthorpe@nicolaidesllp.com<br>kmast@nicolaidesllp.com | Attorneys for Defendants<br>ONEBEACON PROFESSIONAL INSURANCE, INC.; ONEBEACON SPECIALTY INSURANCE COMPANY; HOMELAND INSURANCE COMPANY OF NEW YORK |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 22, 2017, at Los Angeles, California.

*/s/ Alicia Navarro*
Alicia Navarro